UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. COPELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN BENITO COUNTY CORRECTIONS BUREAU,<br><br>    Defendant. | Case No. 24-cv-05228-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, the Court DISMISSES this action without prejudice.  Judgment is entered in favor of Defendant and against Plaintiff.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:   11/26/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge